JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBA LICETTE RIVERA,<br><br>        Plaintiff,<br><br>   v.<br><br>CITIMORTGAGE, INC., a national banking corporation; GOLDEN EMPIRE MORTGAGE, INC., a California corporation, FIVE STAR SERVICE CORP., a Corporation of unknown origin, Does 1 through 50, inclusive,<br><br>        Defendants. | Case No. EDCV 09-738-VAP (CTx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated:  May 5, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge